

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2022

No. 04-22-00264-CV

**IN THE INTEREST OF E.J.M.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01970
Honorable Monique Diaz, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

The appellant's brief was originally due to be filed on July 7, 2022. Neither the brief nor a motion for extension of time to file the brief has been filed. It is therefore ORDERED that the appellant's brief must be filed no later than **July 14, 2022.** Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

It is so **ORDERED** on July 11, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT